IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICKEY JAMES BUCHHOLZ,<br><br>Defendant. | CR 22-34-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

## I. Synopsis

Defendant Mickey James Buchholz (Buchholz) has been accused of violating conditions of his supervised release. (Doc. 72). Buchholz admitted to the alleged violations. Buchholz' supervised release should be revoked. Buchholz should be sentenced to custody for a term of 6 months with no term of supervised release to follow. This sentence shall run concurrently with the sentence imposed in CR-21-58-GF-BMM. The Court recommends that Buchholz serve his custodial term at FCI Sheridan.

## II. Status

Buchholz pled guilty on June 14, 2022, to the offense of Wire Fraud, in violation of 18 U.S.C. § 1343 as charged in Count 1 of the Indictment (Doc. 7).

Buchholz was sentenced to 12 months of custody followed by 3 years of supervised release. (Doc. 8). Buchholz' current term of supervised release began on November 28, 2025.

**Petition**

On September 21, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Buchholz' supervised release. (Doc. 72). The Petition alleged Buchholz violated conditions of his supervised release by: (1) using methamphetamine, with a sweat patch applied on August 6, 2026, and removed on August 14, 2026, testing positive for methamphetamine on August 27, 2026; (2) admitting to using methamphetamine on August 13, 2026, and August 27, 2026; (3) using methamphetamine, with a urinalysis test provided on September 4, 2026, testing positive for methamphetamine on September 17, 2206; and (4) admitting to using methamphetamine on September 14, 2026.

**Initial Appearance**

Buchholz appeared before the Court on October 20, 2026. Buchholz was represented by counsel. Buchholz stated that he had read the Petition and that he understood the allegations against him. Buchholz waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

Buchholz appeared before the Court on October 20, 2026. Buchholz admitted that he had violated the conditions of supervised release as set forth in the Petition. Buchholz admitted violations, 1-4, are serious and warrant revocation of his supervised release.

**Sentencing hearing**

Buchholz appeared before the Court on October 20, 2026. Buchholz' violations are Grade C. His criminal history category is II. Buchholz' underlying offense is a Class C felony. Buchholz could be incarcerated for up to 24 months. Buchholz could be ordered to remain on supervised release for 22 months less any custody time. The United States Sentencing Guidelines call for a term of custody of 4 to 10 months.

## III. Analysis

Pursuant to 18 U.S.C. § 3583(e)(3), Buchholz' supervised release should be revoked. Buchholz should be sentenced to custody for a term of 6 months, with no term of supervised release to follow. This sentence shall run concurrently with the sentence imposed in CR-21-58-GF-BMM. This sentence is sufficient but not greater than necessary. The Court recommends that Buchholz serve his custodial term at FCI Sheridan.

## IV. Conclusion

The Court informed Buchholz that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Buchholz of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Buchholz that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS**:

That MICKEY JAMES BUCHHOLZ has violated the conditions of his supervised release by: (1) using methamphetamine with a sweat patch applied on August 6, 2026, and removed on August 14, 2026, testing positive for methamphetamine on August 27, 2026; (2) admitting to using methamphetamine on August 13, 2026, and August 27, 2026; (3) using methamphetamine, with a urinalysis test provided on September 4, 2026, testing positive for methamphetamines on September 17, 2206; and (4) admitting to using methamphetamine on September 14, 2026.

The Court **RECOMMENDS**:

That the District Court revoke Buchholz' supervised release and sentence Buchholz to custody for a term of for a term of 6 months, with no term of supervised release to follow. This sentence shall run concurrently with the sentence imposed in CR-21-58-GF-BMM. The Court recommends that Buchholz serve his custodial term at FCI Sheridan.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 21st day of October 2026.

John Johnston
United States Magistrate Judge